CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG BIOEPIS, CO., LTD.<br><br>Defendant. | Civil Action No. 2:17-cv-03524 (MCA) (SCM) |

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Janssen") brought this action against Defendant Samsung Bioepis, Co. Ltd. ("Bioepis") on May 17, 2017 (Dkt. No. 1);

WHEREAS, Counts 1 and 2 of the Complaint in this action have been dismissed as moot (Dkt. No. 31);

WHEREAS, in Counts 3-5 of the Complaint, Janssen asserted claims of infringement of three of its patents under 35 U.S.C. § 271(e)(2)(C)(ii);

WHEREAS, Plaintiff has proposed, and Defendant has consented, to the dismissal of Counts 3-5 of the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

All claims and defenses pending between the parties related to the alleged infringement of the '600 patent, the '056 patent, and the '083 patent under 35 U.S.C. § 271(e)(2)(C)(ii) are dismissed, and that dismissal is with prejudice only with respect to all claims and defenses related to the cell culture and downstream purification processes as described in the documents bearing production numbers SB200000001-207.

10111380v.1

|  |  |
|---|---|
|  | PATTERSON BELKNAP WEBB & TYLER LLP |
| Dated: November 10, 2017 | By: /s/ *Michelle M. Bufano*<br>Michelle M. Bufano<br>Gregory L. Diskant (admitted *pro hac vice*)<br>Irena Royzman (admitted *pro hac vice*)<br>Aron Fischer (admitted *pro hac vice*)<br>Andrew D. Cohen (admitted *pro hac vice*)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Tel: (212) 336-2000<br>mmbufano@pbwt.com<br>gldiskant@pbwt.com<br>iroyzman@pbwt.com<br>afischer@pbwt.com<br>acohen@pbwt.com |
|  | *Attorneys for Plaintiff Janssen Biotech, Inc.* |
|  | PATUNAS LAW LLC |
| Dated: November 10, 2017 | By: /s/ *Michael E. Patunas*<br>Michael E. Patunas<br>24 Commerce Street, Suite 606<br>Newark, NJ 07102<br>Tel: (973) 396-8740<br>Fax: (973) 396-8743<br>mpatunas@patunaslaw.com<br><br>*Of counsel:*<br><br>John Kilyk, Jr.<br>Bruce M. Gagala<br>David R. Van Buskirk<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 N. Stetson Ave., Suite 4900<br>Chicago, IL 60601<br>Tel: (312) 616-5600 |

jkilyk@leydig.com
bgagala@leydig.com
dvanbuskirk@leydig.com

John C. Adkisson
FISH & RICHARDSON
3200 RBC Plaza, 60 South Sixth St.
Minneapolis, MN
Tel: (612) 335-5070
adkisson@fr.com

Jonathan E. Singer
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
singer@fr.com

Robert M. Oakes
FISH & RICHARDSON
222 Delaware Ave., 17th Floor
Wilmington, DE 19899
Tel: (302) 652-5070
oakes@fr.com

*Attorneys for Defendant Samsung Bioepis Co., Ltd.*

SO ORDERED

Madeline Cox Arleo, U.S.D.J.

3